UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERNEST GIBSON, JR.**,

      Plaintiff,

v.                                   Case No. 4:20cv573-TKW-MAF

**SERGEANT GEOGERY** and **OFFICER GRUBBS**,

      Defendants.

_____/

**O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Plaintiff's filings titled "Racial Discrimination, Harassment, Sexual Discrimination and Discrimination Based on Sexual Orientation" (Doc. 7) and "Imminent Danger" (Doc. 8).  The Court treats Plaintiff's filings as his objections to the Report and Recommendation under Fed. R. Civ. P. 72(b)(2).

Upon due consideration the Report and Recommendation and de novo review of the issues raised in the objections pursuant to Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's recommended disposition of this case because Plaintiff is a "three striker" and his allegations in this case do not come close to

meeting the "imminent danger of serious physical injury" exception in 28 U.S.C.

§1915(g).

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      This case is **DISMISSED** pursuant to the three strikes statute, 28

U.S.C. §1915(g).

3.      The Clerk shall close the case file.

**DONE AND ORDERED** this 20th day of January, 2021.

*T. Kent Wetherell, II*
_____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**